UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANDRE F. TOCE, an individual; The TOCE FIRM, APLC; GILBERT H. DOZIER, an individual; and ANDERSON & DOZIER, LLP,<br><br>Plaintiffs-Appellants<br>      v.<br><br>CAMERON RENTCH; WISE LAW GROUP, LLC; THOMSON REUTERS AMERICA CORPORATION.<br><br>     Defendants-Appellees,<br><br>and<br><br>KERRY STEIGERWALT; FORD & ASSOCIATES NATIONWIDE LEGAL SERVICES, APC,<br><br>     Defendants. | No. 18-56643<br><br>STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL |

| | |
|---|---|
| ANDRE F. TOCE, an individual; The TOCE FIRM, APLC; GILBERT H. DOZIER, an individual; and ANDERSON & DOZIER, LLP,<br><br>Plaintiffs-Appellees, | No. 18-56689 |

1

STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL No. 18-56643 and No. 18-56689

v.

CAMERON RENTCH; WISE LAW GROUP, LLC;

Defendants,

KERRY STEIGERWALT; FORD & ASSOCIATES NATIONWIDE LEGAL SERVICES, APC,

Defendants,

and

THOMSON REUTERS AMERICA CORPORATION.

Defendant-Appellant.

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby move the Court for an order dismissing the above-captioned appeals.

The parties have agreed that each party shall bear its own costs and fees on appeal.

DATED: May 7, 2019

By: _____.

David H. Lawton Attorney for Andre F. Toce, an Individual, The Toce Firm, APLC, Gilbert H. Dozier, an Individual, and Anderson & Dozier, LLP

2

STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL No. 18-56643 and No. 18-56689

Dated:  May __2__ , 2019

By:_____
        Matthew M. Mahoney, Esq.
        Attorney for Wise Law Group, LLC and
        Cameron Rentch

Dated:  May _____ , 2019

By:_____
        David W. Ammons, Esq.
        Attorney for Thomson Reuters (Legal) Inc.

STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL No. 18-56643 and No. 18-56689

Dated:  May ____, 2019

By:_____
    Matthew M. Mahoney, Esq.
    Attorney for Wise Law Group, LLC and
    Cameron Rentch

Dated:  May _6_, 2019

By:_____
    David W. Ammons, Esq.
    Attorney for Thomson Reuters (Legal) Inc.

3